UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SASHA MEJIA, on behalf of ADALGISA
HERNANDEZ,

Plaintiff,

-against-

SECRETARY OF THE U.S. DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

Defendant.

25-CV-9267 (ER)

ORDER OF SERVICE

EDGARDO RAMOS, United States District Judge:

Plaintiff Sasha Mejia brings this action on behalf of her grandmother, Adalgisa

Hernandez, seeking review, under 42 U.S.C. § 1395w-22(g)(5), of a final decision by the

Medicare Appeals Council denying Hernandez's claim. By order dated December 22, 2025, the

court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without

prepayment of fees.

## DISCUSSION

To allow Plaintiff, who is proceeding IFP, to effect service on Defendant United States

Secretary of Health and Human Services through the U.S. Marshals Service, the Clerk of Court

is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285

form") for Defendant. The Clerk of Court is further instructed to: (1) mark the box on the USM-

285 form labeled "Check for service on U.S.A."; and (2) issue a summons and deliver to the

Marshals Service a copy of this order and all other paperwork necessary for the Marshals Service

to effect service on Defendant.

It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the

summons is issued and, if necessary, to request an extension of time for service. *See Meilleur v.*

*Strong*, 682 F.3d 56, 63 (2d Cir. 2012). Plaintiff also must notify the Court in writing if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.

### CONCLUSION

The Clerk of Court is instructed to (1) issue a summons the United States Secretary of Health and Human Services; (2) complete the USM-285 forms with the addresses for Defendant, checking the box labeled "Check for service on U.S.A."; and (3) deliver to the U.S. Marshals Service all documents necessary to effect service on Defendant.

The Clerk of Court is directed to mail an information package to Plaintiff.

Plaintiff may receive court documents by email by completing the attached form, Consent to Electronic Service.[1]

SO ORDERED.

Dated: December 29, 2025
       New York, New York

_____
       EDGARDO RAMOS
   United States District Judge

---

[1] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.

2

**SERVICE ADDRESSES FOR DEFENDANT**

1.     United States Secretary of Health and Human Services
       200 Independence Avenue, SW
       Washington, DC 20201

2.     United States of America
       950 Pennsylvania Avenue, NW
       Washington, DC 20530-0001

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

Name (Last, First, MI)

Address          City          State          Zip Code

Telephone Number          E-mail Address

Date          Signature

**Click Here to Save**